UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SHANTA M. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:23-CV-00187-APR |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |

## ORDER

This matter is before the Court on the Unopposed Motion for Reversal With Remand for Further Administrative Proceedings [DE 11] filed by the defendant, Kilolo Kijakazi, acting Commissioner of Social Security, on July 17, 2023.

The court, being duly advised, hereby **GRANTS** the motion [DE 11] pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Commissioner's decision is **REMANDED** for further administrative proceedings.

ENTERED: July 17, 2023          /s/ Andrew P. Rodovich
                                United States Magistrate Judge